## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

EDDIE BROWN, III            CIVIL ACTION NO. 23-1368 SEC. P

VS.            JUDGE TERRY A. DOUGHTY

VICTOR ZORDAN, ET AL.            MAG. JUDGE KAYLA D. MCCLUSKY

## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, together with the Objection [Doc. No. 9] filed by Plaintiff Eddie Brown, III ("Brown"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Brown's claims that Agent Joshua Lee and others arrested him without probable cause, conducted an illegal search, and seized his property on July 21, 2020, are **DISMISSED WITHOUT PREJUDICE** to Brown's right to prosecute his previously filed proceeding. The claims are otherwise **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Brown's remaining claims arising under the laws and Constitution of the United States are **DISMISSED WITH PREJUDICE** as untimely, frivolous, and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Brown's claims arising under state law are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 5th day of December 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE